UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CR-00395-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CURTIS EUGENE ELLIS | ) | |

Within 20 days of the date of this order, the government is DIRECTED to file a response to defendant's 13 September 2013 motion for speedy trial. (DE # 8.)

This 1 November 2013.

_____
W. Earl Britt
Senior U.S. District Judge