UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-395-1BR
No. 5:16-CV-828-BR

| | |
|---|---|
| CURTIS EUGENE ELLIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court for initial review of petitioner's 28 U.S.C. § 2255 motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings. Because petitioner has previously filed a § 2255 motion, he must seek authorization from the Court of Appeals to file the instant motion. 28 U.S.C. §§ 2244(b), 2255(h). Petitioner has filed such a motion; however, the Court of Appeals has recently placed the matter in abeyance pending a decision in Lynch v. Dimaya, No. 15-1498 (U.S.). In re: Ellis, No. 16-3088 (4th Cir.). As such, this proceeding is STAYED pending the Court of Appeals' disposition of petitioner's motion for authorization to file a second § 2255 motion.

This 14 November 2016.

_____
W. Earl Britt
Senior U.S. District Judge